IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL J. DETTLAFF,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-463-wmc

v.

PRAIRIE du CHIEN CORRECTIONAL
INSTITUTION, JOHN PAQUIN,
MARY WAYNE, MANDY MATHESON,
GERALD ANDERSON, RICHARD SKIME,
PATTI BAILEY, GARY BOUGHTON,
TONJA HESSELBERG, MARK KARTMAN,
DENNY REGER, TORGERSON, WADE,
KRACHEY, RICHARD SKIME, RUSSELL
BAUSCH, KUMLIN, DAVID BOWEN and
PATRICIA BAILEY,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/05/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |