**MICHAEL J. DETTLAFF,**

    **Plaintiff,**

                                                  15-CV-463-wmc

v.

**PRAIRIE du CHIEN CORRECTIONAL INST.,**

**GARY BOUGHTON,** *et al,*

    **Defendants.**

---

## NOTICE OF APPEAL

---

**PLEASE TAKE NOTICE,** Plaintiff pro se Michael J. Dettlaff hereby gives notice of intent to appeal the Court's Order and Judgment, dated November 5, 2018, per the above named case. By this notice, Plaintiff respectfully requests the Clerk to timely docket this notice and prepare this case to move forward to the 7th Circuit Court of Appeals.

Submitted this 22nd day of November, 2018

*[signature]*

Michael J. Dettlaff, plaintiff

Cc: Assistant Attorneys General for the Defendants, Wisconsin Department of Justice